**C. A. C. BUILDING SITE, The Cleveland Trust Company, Trustee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8823.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1941.

Squire, Sanders & Dempsey, of Cleveland, Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, and C. R. Marshall, all of Washington, D. C., for respondent.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

Pursuant to a motion of the petitioner, C. A. C. Building Site, The Cleveland Trust Co., trustee, filed herein on April 10, 1941, to enter the same judgment in this cause as was entered by this court in the case of The Cleveland Trust Company, Trustee of the Trust Estate known as Garfield Building Site Trust, v. Commissioner, 6 Cir., 115 F.2d 481, on account of the issues in the two cases being substantially identical and the respondent having consented thereto, it is now ordered, adjudged and decreed that the decision of the Board of Tax Appeals be reversed and the cause remanded for proceedings consistent with the opinion of this court in the case of Cleveland Trust Company, Trustee of the Trust Estate known as Garfield Building Site Trust, v. Commissioner of Internal Revenue, 6 Cir., 115 F.2d 481.

---

**In re Barbara CAMPBELL, Bankrupt.**

**Barbara CAMPBELL v. CORPORATION OF AMERICA.**

No. 9810.

Circuit Court of Appeals, Ninth Circuit.

April 30, 1941.

George A. Judson, Frank M. Willcox, and Rupert B. Turnbull, all of Los Angeles, Cal., for appellant.

Louis Ferrari, of San Francisco, Cal., and Edmund Nelson, Hugo A. Steinmeyer, and G. L. Berrey, all of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.